UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER YANCEY,

    Plaintiff,

v.

STERLING JEWELERS INC.,

    Defendant.

Case No. 14-14305

Hon. Nancy G. Edmunds

_____

**STIPULATION FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

NOW COME Plaintiff and Defendant Sterling Jewelers, Inc. d/b/a Kay Jewelers, by and through their respective counsel, and hereby stipulate that the above matter shall be dismissed with prejudice and without costs or attorney fees to either party.

**=== SIGNATURES ON NEXT PAGE ===**

{S1206983.DOC.1}

| | |
|---|---|
| MICHIGAN CONSUMER CREDIT LAWYERS | BRAUN KENDRICK FINKBEINER P.L.C. |
| By: /s/ Gary D. Nitzkin (w/consent)<br>　　Gary D. Nitzkin (P41155)<br>　　Attorney for Plaintiff<br>　　Dated:  April 8, 2015 | By: /s/ Jamie Hecht Nisidis<br>　　Jamie Hecht Nisidis (P48969)<br>　　Attorneys for Def Sterling<br>　　Dated:  April 8, 2015 |

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or attorney fees to either party.

Entered this 10th day of April, 2015.

　　　　　　　　　　　　　　　　s/ Nancy G. Edmunds
　　　　　　　　　　　　　　　　HON. NANCY G. EDMUNDS
　　　　　　　　　　　　　　　　United States District Judge